CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORHTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**, | Case No.: 4:22-cv-00135-HSG |
| Plaintiff, | **ORDER** |
| v. | |
| **2950 Middlefield Partners LLC;** **Bulmaro Gonzalez;** and Does 1-10, | |
| Defendants | |

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The parties shall have an additional thirty (30) days to seek relief from the dismissal.

**IT IS SO ORDERED**

Dated: 4/25/2022

By: *[signature]*
Hon. Haywood S. Gilliam, Jr.
United States District Judge